UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CHIBING WANG                                  )
A 78 365 892                                  )
                                              )
ZHAOXIN REN                                   )
78 365 893                                    )
                    Plaintiffs,               )
                                              )
        v.                                    )
                                              )
MICHAEL CHERTOFF, Secretary of                )
U.S. Department of Homeland Security;         )
MICHAEL MUKASEY, U.S. Attorney General;       )
RUTH DOROCHOFF, District Director,            )
Chicago, Illinois, Citizenship & Immigration  )
Service; ROBERT S. MUELLER, III,              )
Federal Bureau of Investigation; EMILIO T.    )
GONZALES, Director, USCIS; GERARD             )
HEINAUER, Acting Director, Nebraska Service    )
Center; and the United States of America,     )
                                              )
                    Defendants.               )

**FILED**

**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**

Case No.

**08 C 661**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE VALDEZ**

COMPLAINT FOR DECLARATORY JUDGMENT AND
PETITION FOR WRIT OF MANDAMUS

NOW COME the Plaintiffs, CHIBING WANG and ZHAOXIN REN ("Plaintiffs"), by and

through their attorneys, AzulaySeiden LawGroup, and complain as follows:

STATEMENT OF ACTION

1.      This action is brought to compel action on Plaintiff's Applications for

Naturalization ("N-400") properly filed with the United States Citizenship and Immigration

Services ("USCIS") by Plaintiffs in accordance with the requirements of 8 U.S.C. § 1445,

Immigration & Nationality Act ("INA") § 334.  Defendants' unreasonable delay in adjudicating

the applications have caused unjust detriment to the Plaintiffs and deprived them of their right to due process under the law as provided by the Fifth Amendment to the United States Constitution.

<u>PARTIES</u>

2.      Plaintiffs are husband and wife and natives and nationals of China, who have each been a Lawful Permanent Resident of the United States since November 7, 2001. **See Exhibit A.** They have continuously resided in the United States, have satisfied the residency requirements for naturalization, and have been persons of good moral character.

3.      Defendant MICHAEL CHERTOFF ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only. Pursuant to the Homeland Security Act of 2002, Pub. L. 107-296, Defendant Chertoff, through his delegates, has authority to adjudicate naturalization applications filed with the USCIS to accord applicants citizenship under the provisions of INA § 335, 8 U.S.C. § 1446.

4.      Defendant MICHAEL MUKASEY ("Mukasey"), the Attorney General of the United States, is being sued in his official capacity only. Mukasey is authorized to promulgate regulations governing the implementation and administration of the INA pertaining to the naturalization of legal resident aliens and other qualified aliens.

5.      Defendant RUTH DOROCHOFF ("Dorochoff"), the District Director of Chicago USCIS, is being sued in her official capacity only. Dorochoff is charged with supervisory authority over all of Chicago USCIS operations and USCIS agents and officers acting in their official capacity.

6.      Defendant ROBERT S. MUELLER, III ("Mueller"), the Director of the Federal Bureau of Investigation (hereinafter "FBI"), is being sued in his official capacity only. Mueller is

charged with supervisory authority over all of FBI operations and FBI agents and officers acting in their official capacity.

7.      Defendant EMILIO T. GONZALES ("Gonzales"), the Director of USCIS, is being sued in his official capacity only. Gonzales is charged with the duties of administrating and enforcing immigration and citizenship laws.  8 U.S.C. § 1103(g)(1).

8.      Defendant GERARD HEINAUER ("Heinauer"), the Acting Director of the Nebraska Service Center is being sued in his official capacity only. Heinauer is charged with supervisory authority over all of the Nebraska USCIS operations where the Plaintiffs' applications are currently pending.

## JURISDICTION

9.      This court has original jurisdiction to hear both civil actions arising under the laws of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 U.S.C. §§ 1331, 1361. This court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§ 2201-2202.

10.     This action is brought to compel Defendants, an officer and an agency of the United States, to perform the duties arising under 8 U.S.C. §§ 1446, 1447.

11.     This court has jurisdiction under the Administrative Procedures Act to hear actions arising from claims that an agency or officer or employee of a government agency failed to act in its official capacity and the person to whom the duty was owed suffered a legal wrong. 5 U.S.C. §§ 555(b), 702, 706(1).

12.     This action invokes Plaintiffs' right of due process under the Fifth Amendment of the United States Constitution, over which this Court retains jurisdiction.

## EXHAUSTION OF REMEDIES

13.    Plaintiffs have exhausted all administrative remedies.  Since filing their N-400

applications in 2006, Plaintiffs have made numerous Infopass appointments at the USCIS

Chicago Office to appear in person and question an immigration officer about the status of their

case.  They have repeatedly been told that their applications are pending a background check.

Plaintiffs also submitted a written inquiry to the citizenship office on November 8, 2007, to which

they did not receive a response.  **See Exhibit B.**

14.    There is no administrative alternative to this complaint. The FBI has made plain

that the only way that an individual can require completion of a delayed security check is by U.S.

District Court Order or through filing of a complaint in Federal Court.

## CAUSE OF ACTION

15.    Plaintiff Wang filed his N-400 Application for Naturalization on August 18, 2006.

Plaintiff Ren filed her N-400 Application for Naturalization on September 5, 2006.   **See Exhibit**

**C.**

16.    Plaintiff Wang received a receipt notice on September 7, 2006 from USCIS

acknowledging the receipt of his application.  Plaintiff Ren received a receipt notice on September

25, 2006 from USCIS acknowledging the receipt of her application *Id.*

17.    On September 29, 2006, Plaintiff Ren received a Fingerprint notice and attended

her appointment on October 13, 2006.  **See Exhibit D.**  Plaintiff Wang has never received a

fingerprint notice.

18.    Plaintiff Ren has waited well over a year for her initial interview, but USCIS failed

to schedule the examination.  Plaintiff Wang has waited well over a year to be fingerprinted and

scheduled for his naturalization interview. To date there has yet to be an initial interview or notice on the adjudication of Plaintiffs' N-400 Applications.

19.    The Government action in this matter constitutes a violation of its responsibility to decide Plaintiffs' N-400 applications in a timely and efficient manner. See 8 U.S.C. § 1447(b); 5 U.S.C. § 706(1).

20.    The INA requires the agency to decide an application within 120 days of an interview being provided. 8 U.S.C. § 1447(b). In this respect the willful refusal of the agency to provide an interview is an indication of its abuse of discretion and unlawful action in undertaking its responsibilities under the INA.

21.    Furthermore, the USCIS' failure to adjudicate Plaintiffs' applications for naturalization violates the Administrative Procedures Act ("APA"). Section 555(b) of the APA requires that any matter presented to an agency must be decided within a reasonable period of time. *See* 5 U.S.C. § 555(b). USCIS' failure to act for well over a year after the N-400 filings is unlawful under the APA. Additionally, APA § 706 allows a Court to "compel agency action unlawfully withheld or unreasonably delayed."

22.    An APA claim under section 706(1) can be brought if: *First*, "the agency action complained of [is a] 'final agency action'" and *Second*, the plaintiffs "assert that an agency failed to take a discrete agency action that it is *required to take.*" *Elhauoat v. Mueller*, No. 07-632, 2007 U.S. Dist. LEXIS 58906 at *13 (E.D.Pa. August 9, 2007)( citing 5 U.S.C. § 704)(emphasis in original).

23.    The Supreme Court in *Norton v. South Utah Wilderness Alliance* held that a section 706(1) claim can proceed where a plaintiff "asserts that an agency failed to take a *discrete* agency action that it is required to take." 542 U.S. 55 (2004) (emphasis in original, emphasis omitted). The majority of district courts that have had the opportunity to hear the issue have held that

USCIS has a statutory, non-discretionary duty to adjudicate Naturalization Applications. 8 U.S.C. § 1447(b); 8 C.F.R. §§ 335.1, 335.3(a); *See Lazli v. United States Citizenship & Immigration Servs.*, No. 05-CV-1680-BR, 2007 WL 496351 (D. Or. Feb. 12, 2007); *Elhaouat*, No. 07-632, 2007 U.S. Dist. LEXIS 58906 (E.D.Pa. 2007); *Shaat vs. Klapakis*, No. 06-5625, 2007 WL 2768859 at 3 (E.D.Pa., 2007); *Anjum v. Hansen*, No. 06-cv-00319, 2007 U.S. Dist. LEXIS 22685 at 14 (S.D.Ohio, Mar. 28, 2007) (stating that a "vast majority of courts" hold that USCIS has a non-discretionary duty to adjudicate N-400 applications.); *Sharawneh v. Gonzales*, No. 07-683, 2007 WL 2684250 at 3-4 (E.D.Pa. Sept.10, 2007); *Alkenani v. Barrows*, 356 F.Supp.2d 652, 657 (N.D.Tex. 2005). *Cf. Ahmed v. Mueller*, No. 07-0411, 2007 U.S. Dist. LEXIS 68847 (E.D.Pa. 2007); *Badier v. Gonzales*, 475 F.Supp.2d 1294 (N.D.Ga. 2006) (CIS has no discrete duty to act "because it is not constrained by any statutorily established time period" for processing a naturalization application.)

24.    In *Shaat v. Klapakis* the plaintiff pled the same facts as in this case. The plaintiff in that case filed an N-400 application on May 24, 2005. Although USCIS had received her application, she was never scheduled for an initial interview. On December 26, 2006, plaintiff filed a petition seeking a writ of mandamus to compel a decision on her Naturalization application. The District Court held that USCIS has a non-discretionary "duty to adjudicate naturalization applications that is 'positively commanded and so plainly prescribed as to be free from doubt'." 2007 WL at *5 (citing *Harmon Cove Condominium Asso. v. Marsh*, 815 F.2d 949, 951 (3d Cir. 1987)). The court further explained that USCIS' duty to adjudicate is non-discretionary, despite the lack of a statutory deadline, because holding otherwise would in effect give USCIS authorization to never act so long as there is no statutorily prescribed time frame for it to do so. *See Shaat*, 2007 WL at *4. Furthermore, giving USCIS a discretionary duty to adjudicate "makes little sense in light of 5 U.S.C. § 555(b), which requires agencies to act within a 'reasonable time' on matters presented to it." *Badier*, 475 F.Supp.2d 1294.

25.     Plaintiffs' files demonstrate that they meet all the requirements to naturalize. While it is true the final decision includes an element of discretion, the instant applications have been delayed by government inaction in completing administrative security clearances, which do not involve any exercise of discretion. The government's failure to schedule interviews is an abuse of its discretionary authority. *Accardi v. Shaughnessy*, 347 U.S. 260, 74 S.Ct. 499, 98 L.Ed. 681 (1954) (Reversal and remand of an INS District Director's decision on the grounds that he had not actually exercised discretion). The failure of the government to make a decision is a violation of the type of duty identified in 28 U.S.C. § 1361. Under Mandamus, this Court has the power to compel action to perform that duty although it cannot mandate whether the decision is to approve or to deny.

<u>PRAYER</u>

WHEREFORE, for all of the above stated reasons, Plaintiffs, Chibing Wang and Zhaoxin

Ren, respectfully request this Court to Order the following relief:

(a)     Declare the refusal by defendants to adjudicate their applications for
        citizenship to be contrary to law;

(b)     Order defendants to issue a decision in this matter within a reasonable time

        period, and

(c)     Grant other and further relief that this Court may deem proper.


Respectfully submitted,


_____s/ Kevin A. Raica_____
Kevin A. Raica


AzulaySeiden Law Group
205 North Michigan Ave., 40th Floor
Chicago, IL 60601
(312) 832-9200

## PERMANENT RESIDENT CARD

NAME REN, ZHAOXIN



INS A# 078-365-893

| Birthdate | Category | Sex |
|-----------|----------|-----|
| 10/07/66 | E39 | F |

Country of Birth
China, People's Republic of
CARD EXPIRES 05/03/12
Resident Since 11/07/01



```
C1USA0783658936LIN0027052765<<
6610078F1205031CHN<<<<<<<<<<<5
REN<<ZHAOXIN<<<<<<<<<<<<<<<<<<
```



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

PERMANENT RESIDENT CARD



EXHIBIT

A





Chibing Wang
845 Indian Road
Glenview, IL 60025
773-433-0105

November 8, 2007

Chief Browndies
USCIS Chicago Field Office,
101 West Congress Parkway, 4th Floor
Chicago, IL 60605

Subject: Inquiry of my N400 application

Dear Chief Browndies,

I filed my naturalization application in August 2006. Fourteen months have passed, but I have not received anything from the USCIS except a receipt sent to me on September 7, 2006. I went to the Chicago Field Office twice in the past year to check the status, but I was told that a security background check was going on and I could not even get my finger print done at this time.

With this letter, I would like to ask you to look into my case. I have heard that I may have the option to talk to a lawyer and take legal actions to speed up the process, but I really don't want to do that if I don't have to.

I have attached the receipt of my N400 application. I would appreciate your attention to this matter and I am looking forward to your reply.

Sincerely,

Chibing Wang
(A# 078 365 892)

Encl.


EXHIBIT
B

OMB No. 1615-0052

# N-400 Application
# for Naturalization

Department of Homeland Security
U.S Citizenship and Immigration Services

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.

| **Part 1. Your Name.** *(The Person Applying for Naturalization)* | Write your USCIS "A"- number here:<br>A  078-365-893 |
|---|---|

**A.** Your current legal name.

Family Name *(Last Name)*

REN

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| ZHAOXIN | N/A |

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|

**B.** Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

REN

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| ZHAOXIN | N/A |

Remarks

**C.** If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| REN | TRACY | N/A |
|  |  |  |
|  |  |  |

**D.** Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

**1.** Would you like to legally change your name?  ☒ Yes  ☐ No

**2.** If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

REN

| Given Name *(First Name)* | Full Middle Name |
|---|---|
| TRACY | ZHAOXIN |

Action Block

| **Part 2. Information About Your Eligibility.**    *(Check Only One)* |
|---|

I am at least 18 years old **AND**

**A.** ☒ I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

**C.** ☐ I am applying on the basis of qualifying military service.

**D.** ☐ Other *(Please explain)*

**EXHIBIT**

*C*

**Part 3. Information About You.**

Write your USCIS "A"- number here:
A 078-365-893

**A.** U.S. Social Security Number

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

**B.** Date of Birth *(mm/dd/yyyy)*

10/07/1966

**C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*

11/07/2001

**D.** Country of Birth

CHINA

**E.** Country of Nationality

CHINA

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☐ Yes   ☒ No

**G.** What is your current marital status?   ☐ Single, Never Married   ☒ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☒ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

**Part 4. Addresses and Telephone Numbers.**

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*

39 YINXIAO ROAD

Apartment Number

2-702

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| SHANGHAI | | | 201204 | CHINA |

**B.** Care of

YUEMEI DING

Mailing Address - Street Number and Name *(If different from home address)*

845 INDIAN ROAD

Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| GLENVIEW | IL | 60025 | USA |

**C.** Daytime Phone Number *(If any)*

( 630 ) 983-1427

Evening Phone Number *(If any)*

( 630 ) 983-1427

E-mail Address *(If any)*

tracy.ren@ge.com

| **Part 5. Information for Criminal Records Search.** | Write your USCIS "A"- number here: A  078-365-893 |
|---|---|

**NOTE:** The categories below are those required by the FBI. See Instructions for more information.

**A.** Gender

☐ Male  ☒ Female

**B.** Height

| 5 | Feet | 5 | Inches |

**C.** Weight

| 128 | Pounds |

**D.** Are you Hispanic or Latino?  ☐ Yes  ☒ No

**E.** Race *(Select one or more.)*

☐ White  ☒ Asian  ☐ Black or African American  ☐ American Indian or Alaskan Native  ☐ Native Hawaiian or Other Pacific Islander

**F.** Hair color

☒ Black  ☐ Brown  ☐ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

**G.** Eye color

☐ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☒ Black  ☐ Pink  ☐ Maroon  ☐ Other

| **Part 6. Information About Your Residence and Employment.** |
|---|

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 05/20/2006 | Present |
| 801 YINGHUA ROAD, 4-402, SHANGHAI, CHINA 201204 | 05/20/2005 | 05/20/2006 |
| GRAND PACIFIC HOTEL, SHANGHAI, CHINA | 04/25/2005 | 05/20/2005 |
| 5122 ATWATER CT, LISLE, IL 60532 | 01/30/2002 | 04/25/2005 |
| 2339 HAMILTON PL, SCHAUMBURG, IL 60194 | 08/15/1998 | 01/30/2002 |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| GE INFRASTRUCTURE-CHINA | 1468 NANJING RD W. 28TH FL. UNITED PLAZA,SHANGHAI, CHINA 200040 | 04/25/2005 | PRESENT | MARKETING DIRECTOR |
| GE CONSUMER FINANCE - NORTH AMERICAS | 200 NORTH MARTINGALE RD, SCHAUMBURG, IL 60173 | 07/17/2000 | 04/25/2005 | MARKETING MANAGER |
| | | | | |
| | | | | |

| **Part 7. Time Outside the United States.** *(Including Trips to Canada, Mexico and the Caribbean Islands)* | Write your USCIS "A"- number here:<br>A 078-365-893 |
| --- | --- |

A. How many total days did you spend outside of the United States during the past five years?   `510` days

B. How many trips of 24 hours or more have you taken outside of the United States during the past five years?   `4` trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
| --- | --- | --- | --- | --- |
| 12/25/2005 | N/A(as of 8/25/06) | ☒ Yes ☐ No | SOUTH KOREA, CHINA | 243 |
| 04/22/2005 | 12/18/2005 | ☒ Yes ☐ No | CHINA | 240 |
| 06/12/2004 | 06/27/2004 | ☐ Yes ☒ No | CHINA | 15 |
| 07/12/2003 | 07/24/2003 | ☐ Yes ☒ No | CHINA | 12 |
| | | ☐ Yes ☐ No | | 0 |
| | | ☐ Yes ☐ No | | 0 |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

| **Part 8. Information About Your Marital History.** |
| --- |

A. How many times have you been married (including annulled marriages)?   `1`   If you have **never** been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*     Given Name *(First Name)*     Full Middle Name *(If applicable)*

`WANG`     `CHIBING`     `N/A`

2. Date of Birth *(mm/dd/yyyy)*     3. Date of Marriage *(mm/dd/yyyy)*     4. Spouse's U.S. Social Security #

`10/10/1966`     `09/01/1990`     `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`

5. Home Address - Street Number and Name     Apartment Number

`39 YINXIAO ROAD`     `2-702`

City     State     Zip Code

`SHANGHAI`     `CHINA`     `201204`

| **Part 8. Information About Your Marital History.** *(Continued)* | Write your USCIS "A"- number here:<br>A 078-365-893 |
|---|---|

**C.** Is your spouse a U.S. citizen?  ☐ Yes  ☒ No

**D.** If your spouse is a U.S. citizen, give the following information:

    **1.** When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

      If "Other," give the following information:

    **2.** Date your spouse became a U.S. citizen

    **3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

                                                   City and State

**E.** If your spouse is **not** a U.S. citizen, give the following information :

    **1.** Spouse's Country of Citizenship

    CHINA

    **2.** Spouse's USCIS "A"- Number *(If applicable)*

    A 078-365-892

    **3.** Spouse's Immigration Status

    ☒ Lawful Permanent Resident  ☐ Other _____

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

    **1.** Prior Spouse's Family Name *(Last Name)*  |  Given Name *(First Name)*  |  Full Middle Name *(If applicable)*

    **2.** Prior Spouse's Immigration Status
    ☐ U.S. Citizen
    ☐ Lawful Permanent Resident
    ☐ Other _____

    **3.** Date of Marriage *(mm/dd/yyyy)*

    **4.** Date Marriage Ended *(mm/dd/yyyy)*

    **5.** How Marriage Ended
    ☐ Divorce  ☐ Spouse Died  ☐ Other _____

**G.** How many times has your current spouse been married (including annulled marriages)?  | 1 |

    If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage.
    If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

    **1.** Prior Spouse's Family Name *(Last Name)*  |  Given Name *(First Name)*  |  Full Middle Name *(If applicable)*

    **2.** Prior Spouse's Immigration Status
    ☐ U.S. Citizen
    ☐ Lawful Permanent Resident
    ☐ Other _____

    **3.** Date of Marriage *(mm/dd/yyyy)*

    **4.** Date Marriage Ended *(mm/dd/yyyy)*

    **5.** How Marriage Ended
    ☐ Divorce  ☐ Spouse Died  ☐ Other _____

| **Part 9. Information About Your Children.** | Write your USCIS "A"- number here:<br>A  078-365-893 |
|---|---|

A.  How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

| 2 |
|---|

B.  Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of<br>Son or Daughter | Date of Birth<br>*(mm/dd/yyyy)* | USCIS "A"- number<br>*(if child has one)* | Country of Birth | Current Address<br>*(Street, City, State and Country)* |
|---|---|---|---|---|
| ALLAN R. WANG | 07/28/1995 | A N/A | USA | 39 YINXIAO ROAD, APT 2-702, SHANGHAI, CHINA 201204 |
| ANDREW W. WANG | 10/24/2002 | A N/A | USA | 39 YINXIAO ROAD, APT 2-702, SHANGHAI, CHINA 201204 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

| Add Children | | Go to continuation page |
|---|---|---|

| **Part 10. Additional Questions.** |
|---|

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

**A. General Questions.**

| | | Yes | No |
|---|---|---|---|
| 1. | Have you ever claimed to be a U.S. citizen *(in writing or any other way)*? | ☐ Yes | ☒ No |
| 2. | Have you ever registered to vote in any Federal, state or local election in the United States? | ☐ Yes | ☒ No |
| 3. | Have you ever voted in any Federal, state or local election in the United States? | ☐ Yes | ☒ No |
| 4. | Since becoming a Lawful Permanent Resident, have you ever failed to file a required Federal state or local tax return? | ☐ Yes | ☒ No |
| 5. | Do you owe any Federal, state or local taxes that are overdue? | ☐ Yes | ☒ No |
| 6. | Do you have any title of nobility in any foreign country? | ☐ Yes | ☒ No |
| 7. | Have you ever been declared legally incompetent or been confined to a mental institution within the last five years? | ☐ Yes | ☒ No |

| **Part 10.  Additional Questions. (Continued)** | Write your USCIS "A"- number here:<br>A 078-365-893 |
|---|---|

### B.  Affiliations.

**8.  a**  Have you **ever** been a member of or associated with any organization, association, fund<br>foundation, party, club, society or similar group in the United States or in any other place?  ☐ Yes  ☒ No

**b.** If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

**9.**  Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

   **a.**  The Communist Party?  ☐ Yes  ☒ No

   **b.**  Any other totalitarian party?  ☐ Yes  ☒ No

   **c.**  A terrorist organization?  ☐ Yes  ☒ No

**10.**  Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

**11.**  Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?  ☐ Yes  ☒ No

**12.**  Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   **a.**  The Nazi government of Germany?  ☐ Yes  ☒ No

   **b.**  Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

   **c.**  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?  ☐ Yes  ☒ No

### C.  Continuous Residence.

Since becoming a Lawful Permanent Resident of the United States:

**13.**  Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?  ☐ Yes  ☒ No

**14.**  Have you **ever** failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10.  Additional Questions. (Continued) | Write your USCIS  "A"- number here:<br>A  078-365-893 |
|---|---|

### D. Good Moral Character.

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15. Have you **ever** committed a crime or offense for which you were **not** arrested?  ☐ Yes  ☒ No

16. Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason?  ☐ Yes  ☒ No

17. Have you **ever** been charged with committing any crime or offense?  ☐ Yes  ☒ No

18. Have you **ever** been convicted of a crime or offense?  ☐ Yes  ☒ No

19. Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☒ No

20. Have you **ever** received a suspended sentence, been placed on probation or been paroled?  ☐ Yes  ☒ No

21. Have you **ever** been in jail or prison?  ☐ Yes  ☒ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table.  If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer Questions 22 through 33.  If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22. Have you **ever:**

    a. Been a habitual drunkard?  ☐ Yes  ☒ No

    b. Been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☒ No

    c. Sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☒ No

    d. Been married to more than one person at the same time?  ☐ Yes  ☒ No

    e. Helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☒ No

    f. Gambled illegally or received income from illegal gambling?  ☐ Yes  ☒ No

    g. Failed to support your dependents or to pay alimony?  ☐ Yes  ☒ No

23. Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?  ☐ Yes  ☒ No

24. Have you **ever** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☒ No

| **Part 10. Additional Questions. (Continued)** | Write your USCIS "A"- number here: A 078-365-893 |
| --- | --- |

**E.  Removal, Exclusion and Deportation Proceedings.**

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☒ No

26. Have you ever been removed, excluded or deported from the United States?  ☐ Yes  ☒ No

27. Have you ever been ordered to be removed, excluded or deported from the United States?  ☐ Yes  ☒ No

28. Have you ever applied for any kind of relief from removal, exclusion or deportation?  ☐ Yes  ☒ No

**F. Military Service.**

29. Have you ever served in the U.S. Armed Forces?  ☐ Yes  ☒ No

30. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

31. Have you ever applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☒ No

32. Have you ever deserted from the U.S. Armed Forces?  ☐ Yes  ☒ No

**G. Selective Service Registration.**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☒ No

    If you answered "NO," go on to question 34.

    If you answered "YES," provide the information below.

    If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

    Date Registered (mm/dd/yyyy) [        ]    Selective Service Number [        ]

    If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

**H. Oath Requirements.** *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☒ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☒ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☒ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☒ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

## Part 11. Your Signature.

Write your USCIS "A"- number here:
A  078-365-893

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature

Date *(mm/dd/yyyy)*

08/25/2006

## Part 12. Signature of Person Who Prepared This Application for You. *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(mm/dd/yyyy)*

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

Preparer's Address - Street Number and Name

City

State

Zip Code

### NOTE:  Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.

## Part 13. Signature at Interview.

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(mm/dd/yyyy)*

Complete Signature of Applicant

Officer's Signature

## Part 14. Oath of Allegiance.

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

OMB No. 1615-0052

**N-400 Application
for Naturalization**

Department of Homeland Security
U.S Citizenship and Immigration Services

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.

| **Part 1. Your Name.** *(The Person Applying for Naturalization)* |
|---|

A. Your current legal name.

Family Name *(Last Name)*

| WANG |
|---|

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| CHIBING | N/A |

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

| WANG |
|---|

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| CHIBING | N/A |

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| WANG | BEN | N/A |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   ☑ Yes   ☐ No

2. If "Yes," print the new name you would like to use. Do not use initials or
abbreviations when writing your new name.

Family Name *(Last Name)*

| WANG |
|---|

| Given Name *(First Name)* | Full Middle Name |
|---|---|
| BENJAMIN | CHIBING |

| **Part 2. Information About Your Eligibility.**  *(Check Only One)* |
|---|

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least five years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least three years, and I
have been married to and living with the same U.S. citizen for the last three years, and my
spouse has been a U.S. citizen for the last three years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

**For USCIS Use Only**

Write your USCIS "A"- number here:

A  078 ~ 365 ~ 892

| Bar Code | Date Stamp |
|---|---|
| | |

Remarks

Action Block

Form N-400 (Rev. 10/26/05)Y

**Part 3. Information About You.**

Write your USCIS "A"- number here:
A  078 - 365 - 892

**A.** U.S. Social Security Number     **B.** Date of Birth *(mm/dd/yyyy)*     **C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*

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          10/10/1966          11/07/2001

**D.** Country of Birth          **E.** Country of Nationality

CHINA               CHINA

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*     ☐ Yes   ☑ No

**G.** What is your current marital status?   ☐ Single, Never Married   ☑ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)*

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?     ☐ Yes   ☑ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*     ☐ Yes   ☑ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language:

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain:

**Part 4. Addresses and Telephone Numbers.**

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*     Apartment Number

39 YINXIAO ROAD          2-702

City          County          State          ZIP Code          Country

SHANGHAI                              201204          CHINA

**B.** Care of          Mailing Address - Street Number and Name *(If different from home address)*     Apartment Number

YUEMEI DING          845 INDIAN ROAD

City          State          ZIP Code          Country

GLENVIEW          IL          60025          USA

**C.** Daytime Phone Number *(If any)*     Evening Phone Number *(If any)*     E-mail Address *(If any)*

( 630 ) 983-1427          ( 630 ) 983-1427          BENWANG98@YAHOO.COM

| **Part 5. Information for Criminal Records Search.** | Write your USCIS "A" number here:<br>A 078 - 365 - 892 |
|---|---|

**NOTE:** The categories below are those required by the FBI. See Instructions for more information.

**A.** Gender

☑ Male ☐ Female

**B.** Height

5 Feet 8 Inches

**C.** Weight

186 Pounds

**D.** Are you Hispanic or Latino? ☐ Yes ☑ No

**E.** Race *(Select one or more.)*

☐ White ☑ Asian ☐ Black or African American ☐ American Indian or Alaskan Native ☐ Native Hawaiian or Other Pacific Islander

**F.** Hair color

☑ Black ☐ Brown ☐ Blonde ☐ Gray ☐ White ☐ Red ☐ Sandy ☐ Bald (No Hair)

**G.** Eye color

☐ Brown ☐ Blue ☐ Green ☐ Hazel ☐ Gray ☑ Black ☐ Pink ☐ Maroon ☐ Other

| **Part 6. Information About Your Residence and Employment.** |
|---|

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (mm/dd/yyyy) | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 05/20/2006 | Present |
| 801 YINGHUA ROAD, 4-402, SHANGHAI, CHINA 201204 | 06/18/2005 | 05/20/2006 |
| 5122 ATWATER CT, LISLE, IL 60532 | 01/30/2002 | 06/17/2005 |
| 2339 HAMILTON PL, SCHAUMBURG, IL 60194 | 08/15/1998 | 01/30/2002 |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates (mm/dd/yyyy) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| INTL CGO MKT (ALLIANCE AIR) SHANGHAI REP OFF | 333 HUAIHAI ZHONG RD, STE1206-A15, SHANGHAI, CHINA 200021 | 06/20/2005 | PRESENT | CHIEF REPRESENTATIVE, CHINA |
| INTL CGO MKT(D/B/A ALLIANCE AIR) HEADQUARTERS | CARGO BLDG 517, O'HARE INTL AIRPORT, CHICAGO, IL 60666, USA | 10/01/2001 | 06/17/2005 | CORP MGR OF INFORMATION SERVICES |
| INTL CGO MKT(D/B/A ALLIANCE AIR) HEADQUARTERS | CARGO BLDG 517, O'HARE INTL AIRPORT, CHICAGO, IL 60666, USA | 03/01/1997 | 09/30/2001 | SYSTEM DEVELPER & CONTRACT ADM |
| INTL ACADEMY OF DESIGN & TECHNOLOGY | ONE NORTH STATE STR, CHICAGO, IL 60602 | 04/01/2003 | 06/30/2003 | PART TIME FACULTY |
| | | | | |

| **Part 7.** Time Outside the United States. *(Including Trips to Canada, Mexico and the Caribbean Islands)* | Write your USCIS "A"- number here:<br>A  *078 - 365 - 892* |
|---|---|

**A.** How many total days did you spend outside of the United States during the past five years?    | 373 | days

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years?    | 3 | trips

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 04/12/2004 | 04/13/2004 | ☐ Yes  ☑ No | CHINA | 1 |
| 06/17/2005 | 12/18/2005 | ☑ Yes  ☐ No | CHINA | 184 |
| 12/25/2005 | 07/01/2005 | ☑ Yes  ☐ No | SOUTH KOREA, CHINA | 188 |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |
|  |  | ☐ Yes  ☐ No |  |  |

## Part 8. Information About Your Marital History.

**A.** How many times have you been married (including annulled marriages)?    | 1 |    If you have **never** been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*
REN

Given Name *(First Name)*
ZHAOXIN

Full Middle Name *(If applicable)*

**2.** Date of Birth  *(mm/dd/yyyy)*
10/07/1966

**3.** Date of Marriage *(mm/dd/yyyy)*
09/01/1990

**4.** Spouse's U.S. Social Security #
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

**5.** Home Address - Street Number and Name
39 YINXIAO ROAD

Apartment Number
2-702

City
SHANGHAI

State
CHINA

Zip Code
201204

| **Part 8. Information About Your Marital History.** *(Continued)* | Write your USCIS "A"- number here: |
|---|---|
| | A  078 - 365 - 892 |

**C.** Is your spouse a U.S. citizen?   ☐ Yes   ☑ No

**D.** If your spouse is a U.S. citizen, give the following information:

    **1.** When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

        If "Other," give the following information:

    **2.** Date your spouse became a U.S. citizen

    **3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

        City and State

**E.** If your spouse is not a U.S. citizen, give the following information :

    **1.** Spouse's Country of Citizenship

    CHINA

    **2.** Spouse's USCIS "A"- Number *(If applicable)*

    A  078-365-893

    **3.** Spouse's Immigration Status

    ☑ Lawful Permanent Resident   ☐ Other

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

    **1.** Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

    **2.** Prior Spouse's Immigration Status
        ☐ U.S. Citizen
        ☐ Lawful Permanent Resident
        ☐ Other _____

    **3.** Date of Marriage *(mm/dd/yyyy)*

    **4.** Date Marriage Ended *(mm/dd/yyyy)*

    **5.** How Marriage Ended
    ☐ Divorce   ☐ Spouse Died   ☐ Other

**G.** How many times has your current spouse been married (including annulled marriages)?   [    ]

If your spouse has ever been married before, give the following information about **your spouse's prior marriage.**
If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

    **1.** Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

    **2.** Prior Spouse's Immigration Status
        ☐ U.S. Citizen
        ☐ Lawful Permanent Resident
        ☐ Other _____

    **3.** Date of Marriage *(mm/dd/yyyy)*

    **4.** Date Marriage Ended *(mm/dd/yyyy)*

    **5.** How Marriage Ended
    ☐ Divorce   ☐ Spouse Died   ☐ Other

| Part 9. Information About Your Children. | Write your USCIS "A"- number here: |
| | A  078 - 365 - 892 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

[ 2 ]

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth (mm/dd/yyyy) | USCIS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State and Country) |
|---|---|---|---|---|
| ALLAN R. WANG | 07/28/1995 | A  N/A | USA | 39 YINXIAO ROAD, APT 2-702, SHANGHAI, CHINA 201204 |
| ANDREW W. WANG | 10/24/2002 | A  N/A | USA | 39 YINXIAO ROAD, APT 2-702, SHANGHAI, CHINA 201204 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

| Add Children | Go to continuation page |

| Part 10. Additional Questions. |

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

### A. General Questions.

1. Have you ever claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☑ No
2. Have you ever registered to vote in any Federal, state or local election in the United States?  ☐ Yes  ☑ No
3. Have you ever voted in any Federal, state or local election in the United States?  ☐ Yes  ☑ No
4. Since becoming a Lawful Permanent Resident, have you ever failed to file a required Federal state or local tax return?  ☐ Yes  ☑ No
5. Do you owe any Federal, state or local taxes that are overdue?  ☐ Yes  ☑ No
6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years?  ☐ Yes  ☑ No

| Part 10. Additional Questions. (Continued) | Write your USCIS "A"- number here: |
|---|---|
| | A 078 – 365 – 892 |

**B. Affiliations.**

8. a  Have you **ever** been a member of or associated with any organization, association, fund foundation, party, club, society or similar group in the United States or in any other place?  ☐ Yes  ☑ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes  ☑ No

   b. Any other totalitarian party?  ☐ Yes  ☑ No

   c. A terrorist organization?  ☐ Yes  ☑ No

10. Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☑ No

11. Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?  ☐ Yes  ☑ No

12. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?  ☐ Yes  ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☑ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?  ☐ Yes  ☑ No

**C. Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?  ☐ Yes  ☑ No

14. Have you **ever** failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☑ No

---

**Part 10.  Additional Questions. (Continued)**   | Write your USCIS "A"- number here:
A  078 - 365 - 892

**D. Good Moral Character.**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15.  Have you **ever** committed a crime or offense for which you were **not** arrested?  ☐ Yes  ☑ No

16.  Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason?  ☐ Yes  ☑ No

17.  Have you **ever** been charged with committing any crime or offense?  ☐ Yes  ☑ No

18.  Have you **ever** been convicted of a crime or offense?  ☐ Yes  ☑ No

19.  Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes  ☑ No

20.  Have you **ever** received a suspended sentence, been placed on probation or been paroled?  ☐ Yes  ☑ No

21.  Have you **ever** been in jail or prison?  ☐ Yes  ☑ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table.  If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer Questions 22 through 33.  If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22.  Have you ever:

    a.  Been a habitual drunkard?  ☐ Yes  ☑ No

    b.  Been a prostitute, or procured anyone for prostitution?  ☐ Yes  ☑ No

    c.  Sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes  ☑ No

    d.  Been married to more than one person at the same time?  ☐ Yes  ☑ No

    e.  Helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☑ No

    f.  Gambled illegally or received income from illegal gambling?  ☐ Yes  ☑ No

    g.  Failed to support your dependents or to pay alimony?  ☐ Yes  ☑ No

23.  Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?  ☐ Yes  ☑ No

24.  Have you **ever** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☑ No

| **Part 10. Additional Questions. (Continued)** | Write your USCIS "A"- number here: |
|---|---|
| | A ᴅ78 - 365 - 892 |

**E.  Removal, Exclusion and Deportation Proceedings.**

25.  Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26.  Have you ever been removed, excluded or deported from the United States?  ☐ Yes  ☑ No

27.  Have you ever been ordered to be removed, excluded or deported from the United States?  ☐ Yes  ☑ No

28.  Have you ever applied for any kind of relief from removal, exclusion or deportation?  ☐ Yes  ☑ No

**F. Military Service.**

29.  Have you ever served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30.  Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31.  Have you ever applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32.  Have you ever deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

**G. Selective Service Registration.**

33.  Are you a male who lived in the United States at any time between your 18th and 26th birthdays  ☐ Yes  ☑ No
in any status except as a lawful nonimmigrant?
If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy)  [          ]     Selective Service Number  [          ]

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

**H. Oath Requirements.** *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the
answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34.  Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35.  Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36.  Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37.  If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38.  If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39.  If the law requires it, are you willing to perform work of national importance under civilian
direction?  ☑ Yes  ☐ No

| **Part 11. Your Signature.** | Write your USCIS "A"- number here: |
| | A 078 – 365 – 892 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature                                                      Date (mm/dd/yyyy)

*Weiping Wang*                                                      8/7/2006

**Part 12. Signature of Person Who Prepared This Application for You. (If Applicable)**

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

| Preparer's Printed Name | Preparer's Signature |
| | |

| Date (mm/dd/yyyy) | Preparer's Firm or Organization Name (If applicable) | Preparer's Daytime Phone Number |
| | | |

| Preparer's Address - Street Number and Name | City | State | Zip Code |
| | | | |

**NOTE:  Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

**Part 13. Signature at Interview.**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

                                        Officer's Printed Name or Stamp            Date (mm/dd/yyyy)

Complete Signature of Applicant            Officer's Signature

**Part 14. Oath of Allegiance.**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
| | |

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE September 07, 2006 |
|---|---|

| CASE TYPE N400   Application For Naturalization | USCIS A# A 078 365 892 |
|---|---|

| APPLICATION NUMBER LIN*000946769 | RECEIVED DATE August 18, 2006 | PRIORITY DATE August 18, 2006 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

CHIBING WANG
c o YUEMEI DING
845 INDIAN ROAD
GLENVIEW IL 60025

PAYMENT INFORMATION:

Single Application Fee:        $400.00
Total Amount Received:     $400.00
Total Balance Due:                $0.00

ılıllıllılılılılılı

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:           October 10, 1966
Address Where You Live:    39 YINXIAO ROAD # 2 702
                                   SHANGHAI  201204
                                   CHINA, PEOPLE'S REPUBLIC OF

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

USCIS Office Address:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
PO BOX 87400
LINCOLN NE 68501-

USCIS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000891927



EXHIBIT
D

Form

## THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE September 25, 2006 |
|---|---|---|---|
| CASE TYPE N400    Application For Naturalization | | | USCIS A# A 078 365 893 |
| APPLICATION NUMBER LIN*000955911 | RECEIVED DATE September 05, 2006 | PRIORITY DATE September 05, 2006 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ZHAOXIN REN
c/o YUEMEI DING
845 INDIAN ROAD
GLENVIEW IL 60025

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $400.00 |
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:           October 07, 1966
Address Where You Live:  845 INDIAN ROAD
                         GLENVIEW IL 60025

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

USCIS Office Address:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
PO BOX 87400
LINCOLN NE 68501-

USCIS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000900747



Form I-797C (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>September 29, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | USCIS A#<br>A078 365 893 |
| APPLICATION NUMBER<br>LIN*000955911 | RECEIVED DATE<br>September 05, 2006 | PRIORITY DATE<br>September 05, 2006 | PAGE<br>1 of 1 |

PROCESSING STAMP

BIOMETRICS CODE ZCA

APPLICANT NAME AND MAILING ADDRESS

ZHAOXIN REN
c/o YUEMEI DING
845 INDIAN ROAD
GLENVIEW IL 60025

ASC CODE:
BIOMETRICS QA REVIEW BY:

ON

TENPRINTS QA REVIEW BY:
B 25774 ON 10/13/06

To process your application, USCIS must take your fingerprints and have them cleared by the FBI.  **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**  If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.  **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>CIS NORRIDGE<br>4701 N.CUMBERLAND AVE.<br>SUITE B-D<br>NORRIDGE IL 60706 | **DATE AND TIME OF APPOINTMENT**<br>10/13/2006<br>09:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

CIS NORRIDGE
4701 N.CUMBERLAND AVE.
SUITE B-D
NORRIDGE IL 60706

If you have any questions regarding this notice, please call 1-800-375-5283.          APPLICANT COPY

APPLICATION NUMBER
LIN*000955911

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N